IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INDIA CULTURAL ASSOCIATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 3:16-cv-2925-m |
| | § | |
| CONTINENTAL CASUALTY | § | |
| COMPANY AND GERALD | § | |
| STRAVINSKY, | § | |
| | § | |
| Defendant. | | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, India Cultural Association and Defendants, Continental Casualty Company and Gerald Stravinsky, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On November 25, 2015, Plaintiff, India Cultural Association, sued Defendants.

2. Plaintiff, India Culture Association, moves to dismiss their suit.

3. Defendants agree to the dismissal of India Cultural Association's claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of India Cultural Association's case.

9. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

KETTERMAN, ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-4357
Facsimile: (210) 490-8372

By: *Brennan M. Kucera*
Brennan M. Kucera
State Bar No. 24076491
brennan@krwlawyers.com
**Attorney in Charge for Plaintiff**

&

CNA COVERAGE LITIGATION GROUP
700 N. Pearl Street, Suite 450
Dallas, Texas 75201
(214) 220-5900 [main]
(214) 220-5902 [fax]

By: *Anthony S. Cox (with permission)*
Anthony S. Cox
State Bar No. 04935000
anthony.cox@cna.com
**Attorney in Charge for Continental Casualty Company**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Defendant, as follows:

Anthony S. Cox
State Bar No. 04935000
anthony.cox@cna.com

on this 31st day of August, 2017.

*Brennan M. Kucera*
BRENNAN M. KUCERA