IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INDIA CULTURAL ASSOCIATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-cv-02925-M |
| CONTINENTAL CASUALTY COMPANY AND GERALD STRAVINSKY, | § § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice (ECF No. 14). The Court **GRANTS** the stipulation and dismisses with prejudice Plaintiff India Cultural Association's claims against Defendants.

IT IS ORDERED that court costs will be paid by the party incurring the same.

**SO ORDERED**.

September 11, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE